MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
24301 Southland Blvd. Suite 200
Hayward, CA 94545-1541
(510) 266-5580

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter 13

PEDRO LUIS FIGUEROA,                      CASE NO. 10-73962 RLE
SARA JACINTA FIGUEROA

    Debtors                               **NOTICE AND MOTION FOR
                                          REVIEW OF FEES UNDER
                                          11 U.S.C. SECTION 329**

                                          Date: April 19, 2011
                                          Time: 1:30 p.m.
                                          Room: 201
_____/

    COMES NOW, MARTHA G. BRONITSKY, Chapter 13 Standing Trustee, (Trustee) and requests that fees requested by Nancy M. Conway, Esq. Debtors' attorney be reviewed pursuant to Section 329(b) and that any compensation requested by this attorney in excess of the value of the services rendered be ordered reduced.

### FACTS

    The debtors filed this case under Chapter 13 on December 5, 2010. Attorney Nancy Conway Esq. prepared

1

the debtors' petition and schedules. The Statement Pursuant to Rule 2016(B) state that the fees charged in the case totaled $4,950 with $3,450 being taken as a retainer prior to filing. The debtors' attorney has not provided any explanation for the excess retainer.

The Meeting of Creditors was held on February 17, 2011.

ARGUMENT

11 U.S.C. Section 329 authorizes the Court to examine any agreement regarding services to the debtor in connection with a debtors' petition. Under that section and FRBP 2017, the Court has the authority to order the return of attorney's fees that exceed the reasonable value of the services provided. American Law Center v. Stanley (In re Jastrem), 253 F.3d 438, 443 (9th Cir. 2001).

In this case Ms. Conway has exceeded the retainer provided by the Oakland Fee Guidelines. She has provided no explanation as to why the excess retainer was required. This case presents no extraordinary circumstances, it is a standard Chapter 13 case.

Therefore the Chapter 13 Trustee requests that Ms. Conway's fees be required to disgorge the amount of $1,450 directly to the debtors and amend the Statement Pursuant to Rule 2016(B) to accept the balance of her fees through the plan.

February 18, 2011  /s/5909
Date                MARTHA G. BRONITSKY, ESQ.
                    Chapter 13 Standing Trustee

IN THE UNITED STATES BANKRUPTCY COURT

In re:

Pedro Luis Figueroa
Sara Jacinta Figueroa

Case No.: 10-73962-RLE13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the Notice and Motion for Review of Fees Under 11 U.S.C. Section 329 to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

Pedro Luis Figueroa
Sara Jacinta Figueroa
5016 Chaparral Ct
Antioch, CA 94531

(Debtor(s))

Nancy M Conway Atty
345 Franklin St
San Francisco, CA 94102

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 18, 2011

/s/ Gina A Weaver
Gina A Weaver